# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** *ex rel.* **BEVERLY POWELL**, ET AL. | **PLAINTIFFS** |
| v. | No. 3:18-cv-286-BJB |
| **AEROCARE HOLDINGS, INC.** | **DEFENDANT** |

\* \* \* \* \*

## DISMISSAL ORDER

Courts may accept a voluntary dismissal of a qui tam action under the False Claims Act case "only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." 31 U.S.C. § 3730(b)(1). In this case, the relator, Beverly Powell, filed a notice of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i), DN 22, and the government filed a written consent from the Attorney General, DN 21. Because the Attorney General's consent didn't provide "reasons for consenting," however, the Court rejected it for failure to meet § 3730's requirement. DN 35.

Following that Order, the government filed a new notice of consent, explaining that "such a dismissal is commensurate with the public interest and that the matter does not warrant the continued expenditure of government resources to pursue or monitor the action based on currently available information." Motion to Notice Consent (DN 36). Given Congress' decision to "gran[t] the Attorney General the broad and unqualified right to veto proposed settlements of qui tam actions," *United States ex rel. Michaels v. Agape Senior Cmty., Inc.*, 848 F.3d 330, 340 (4th Cir. 2017), and the corresponding lack of "a high requirement on the justifying articulation," *United States ex rel. Vaughn v. United Biologics, L.L.C.*, 907 F.3d 187, 196 (5th Cir. 2018), the Court accepts the government's consent. Because Powell no longer wishes to pursue this case and the Attorney General has filed the required consent, the Court dismisses the case without prejudice and strikes it from the active docket.

Benjamin Beaton, District Judge
United States District Court

June 23, 2022

1